Patrick J. MacManus  
vs.  } No. 86347.  
Beatrice P. Gertz

### April 11, 1932.

For plaintiff: Edward W. Lincoln.

For defendant: Boss & McMahon.

Francis J. MacManus  
vs.  } No. 86346.  
Beatrice P. Gertz

### April 11, 1932.

CHURCHILL, J. Motion for a new trial filed by the defendant after a verdict for the plaintiff for $3,560.95 in an action for negligence.

The defendant concedes that the verdict is not against the evidence on either the issue of due care of the plaintiff or the negligence of the defendant and that the damages awarded are not excessive.

Motion for a new trial is hereby denied.